IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JENNIFER HAMMAN, as Personal Representative of the Estate of William R. Newman,<br><br>   Plaintiff,<br><br>v.<br><br>STARKE COUNTY, Indiana, STARKE COUNTY SHERIFF'S DEPARTMENT, CITY OF KNOX, Indiana, Knox Police Chief HAROLD SMITH, individually and in his official capacity, Corporal CHAD DULIN, individually and in his official capacity, and Jane or John DOE, individually and in his/her official capacity,<br><br>   Defendants. | Case No.: 3:18-cv-00952-PPS-MGG |

**STIPULATION FOR DISMISSAL, WITH PREJUDICE**

COME NOW the parties, by counsel, and respectfully stipulate and agree that all claims may be dismissed, with prejudice, for the reason that such claims have been compromised and settled.

WHEREFORE, the parties, by their respective counsel, pray that the Court dismiss the claims of all parties in this case, with prejudice.

2498972                                                        1

<div style="display: flex;">

<div>

CIOBANU LAW, P.C.

By: */s/Andrea L. Ciobanu*
    Andrea L. Ciobanu, #28942-49
    902 E. 66th Street
    Indianapolis, IN 46220
    Telephone: (317) 495-1090
    Fax:  (866) 841-2071
    E-Mail:  aciobanu@ciobanulaw.com
    *Attorney for Plaintiff*

</div>

<div>

BARRETT MCNAGNY LLP

By: */s/Robert T. Keen, Jr.*
    Robert T. Keen, Jr, #5475-02
    215 East Berry Street
    P. O. Box 2263
    Fort Wayne, Indiana 46801
    Telephone:  (260) 423-9551
    Fax:   (260) 423-8920
    E-Mail:  rtk@barrettlaw.com
    *Attorney for City of Knox, Indiana, Knox Police Chief Harold Smith, individually and in his official capacity and Corporal Chad Dulin, individually and in his official capacity*

</div>

</div>

KNIGHT, HOPPE, KURNICK & KNIGHT, LTD.

By: */s/Lisa A. Baron*
    Lisa A. Baron, #30517-64
    Elizabeth A. Knight, #11865-45
    233 East 84th Drive, Suite 301
    Merrillville, IN 46410
    Telephone: (219) 322-0830
    Fax:  (219) 322-0834
    E-Mail:  lbaron@khkklaw.com
           eknight@khkklaw.com
    *Attorneys for Starke County, Indiana and Starke County Sheriff's Department*